Name and address:
Peter Schey (Ca Bar # 58232)
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd
Los Angeles, Ca 90057
pschey@centerfoorhumanrights.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA LIBRE FREEDOM HOUSE , et al. | CASE NUMBER |
| Plaintiff(s) | 2:22–cv–01510–ODW–JPR |
| v. | |
| ALEJANDRO MAYORKAS , et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** [18] |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bergquist, Carl J.                                              of

*Applicant's Name (Last Name, First Name & Middle Initial)*
(310) 279 6025

*Telephone Number*          *Fax Number*
cbergquist@chirla.org

*E-Mail Address*

Coalition for Humane Immigrant Rights (CHIRLA)
2351 Hempstead Rd
Ottawa Hills, OH 43606

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
PLAINTIFFS CASA LIBRE FREEDOM HOUSE , et al.

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Schey, Peter A.                                              of

*Designee's Name (Last Name, First Name & Middle Initial)*
58232          (323) 251-3223          (213) 386-9484

*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
pschey@centerforhumanrights.org

*E-Mail Address*

Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

**Dated**          March 15, 2022

_____
U.S. District Judge