UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | 2:22-cv-01510-ODW (JPRx) | Date | May 6, 2022 |
|---|---|---|---|
| Title | *Casa Libre Freedom House et al. v Alejandro Mayorkas et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | | |
|---|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order DENYING AS MOOT Motion for Class Certification [37] and SETTING Class Certification Deadline; ORDER re: Filing and Hearing Dates for Motion to Dismiss**

The Court received and reviewed the parties' Joint Stipulation to stay Plaintiffs' Motion to Certify Class pending disposition of Defendants' anticipated Motion to Dismiss. (Stip., ECF No. 39.)

1. Effect of Stipulation on Motion to Certify Class

Among other things, the parties stipulate that "the Court's decision on the Motion to Dismiss may narrow the scope of class certification." (Stip. 2.) Pursuant to the Stipulation, and for good cause shown, the Court **DENIES AS MOOT** Plaintiffs' Motion to Certify Class. (ECF No. 37.) This denial is without prejudice to any issues raised. The Court **ORDERS** that Plaintiff's future Motion to Certify Class is due no later than **120 days** from the date of the Court's ruling on Defendants' forthcoming Motion to Dismiss.

2. Briefing Schedule for Motion to Dismiss

The parties propose an extended briefing schedule for Defendants' forthcoming Motion to Dismiss. (Stip. 2.) The proposed briefing schedule is more elongated than this Court typically allows, even with a showing that the issues raised by a motion are complicated. To

partially accommodate the parties, the Court **ORDERS** that Defendants' Motion to Dismiss must be filed at least **thirty-five (35) days** prior to the selected hearing date.[1]  The effect of this is to give Plaintiffs two weeks to oppose.

The Stipulation is denied as to any further orders or relief requested.

**IT IS SO ORDERED.**

          :    00

Initials of Preparer    SE

---

[1] The Court respectfully reminds the parties that their proposed hearing date, June 20, 2022, is Juneteenth (observed), a federal holiday recognized by the Central District of California.