UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:22-cv-01510-ODW (JPRx) | Date | August 8, 2022 |
|---|---|---|---|
| Title | *Casa Libre Freedom House et al. v Alejandro Mayorkas et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**   **Order STRIKING Reply Brief [43] and SETTING Parameters for Re-Filing Reply Brief**

On June 13, 2022, Defendants filed a Reply brief in support of their Motion to Dismiss. (Reply, ECF No. 43.)  The body of the reply brief is fifteen pages and contains several lengthy footnotes.

The Rules of this Courtroom provide that "[r]eplies shall not exceed 12 pages" and that "[f]ootnotes shall be in 12-point font and shall be used sparingly." (ODW Ct. R. § VII.a.3.)

The Reply brief violates the rules of court in two senses and is therefore **ORDERED STRICKEN**.  (ECF No. 43.)  By no later than **August 12, 2022**, Defendants shall file a revised Reply brief that conforms in all aspects to all applicable court rules.  Moreover, as a sanction for having used excessive footnotes and in order to deter future violations, the Court hereby **ORDERS** that the re-filed Reply brief <u>shall not</u> contain any footnotes.

    **IT IS SO ORDERED.**

                                                                            : 00

                                         Initials of Preparer   SE