# EXHIBIT A

USCIS Response to Coronavirus (COVID 19) (https //www uscis gov/about us/uscis response to covid-19)



An official website of the United States government
Here's how you know

Español



U.S. Citizenship and Immigration Services
(https //www uscis gov/)

☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Case Was Approved

On June 6, 2022, we approved your Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant, Receipt Number MSC2191682576. We sent you an approval notice. Please follow the instructions in the notice. If you do not receive your approval notice by June 21, 2022, please go to www.uscis.gov/e-request (https://egov.uscis.gov/e-Request/Intro.do). If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ?

Ex. A 1

**CHECK STATUS**

## RELATED TOOLS



**MAKE UPDATES**

Change of Address



**GET HELP**

Submit a Case Inquiry



**INQUIRE**

USCIS Processing Times Information



**LOCATE**

USCIS Office Locations

Return to top

Ex. A 2