JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CASA LIBRE/FREEDOM HOUSE et al., | Case № 2:22-cv-01510-ODW (JPRx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ALEJANDRO MAYORKAS et al., | |
| Defendants. | |

Pursuant to the Court's Order on the Parties' Motions for Summary Judgment, (ECF No. 110), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///
///
///
///

1.   The Court hereby **DECLARES** that, to the extent the Tolling Provisions, as set forth at 8 C.F.R. §§ 103.2(b)(10)(i) and 204.11(g)(1), allow for adjudication of Special Immigrant Juvenile petitions beyond the 180-day adjudication deadline set forth at 8 U.S.C. § 1232(d), the Tolling Provisions are "not in accordance with law," 5 U.S.C. § 706(2)(A).

2.   The Court **DISMISSES** all other claims for relief **ON THE MERITS AND WITH PREJUDICE**.

This order shall constitute the **FINAL JUDGMENT** of the Court.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

August 15, 2023

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2