# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA (CENTRAL DISTRICT)

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-01510-ODW-JPR

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 03/07/2022

Date of judgment or order you are appealing: 07/31/2023; 08/15/2023

Docket entry number of judgment or order you are appealing: 110; 112

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
○ Yes   ● No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

Is this a cross-appeal?   ○ Yes   ● No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Alexa S. White     **Date** 10/13/2023

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Alejandro Mayorkas, Secretary, U.S. Department of Homeland Security; Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services; and U.S. Citizenship and Immigration Services.

Name(s) of counsel (if any):

> Alexa S. White; and Ruth Checketts.

Address: P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044

Telephone number(s): 202-993-5189

Email(s): alexa.s.white@usdoj.gov; ruth.checketts@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Please See Addendum

Name(s) of counsel (if any):

> Please See Addendum

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              2                              *New 12/01/2018*

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
ALEXA WHITE
KATELYN MASETTA-ALVAREZ
Trial Attorneys,
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Alexa.S.White@usdoj.gov
Tel: (202) 993-5189
Fax: (202) 305-7000

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASA LIBRE FREEDOM HOUSE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, et al., <br><br> Defendants. | Case No.: 2:22-cv-01510-ODW-JPR <br><br> **ADDENDUM TO FORM 6, REPRESENTATION STATEMENT RE NOTICE OF APPEAL** |

**Appellees – Name of Parties**

Casa Libre/Freedom House; El Rescate; Clergy and Laity United for Economic Justice; Salvadoran American Leadership & Educational Fund; Central American Resource Center; La Raza Central Legal, Inc.; Rene Gabriel Flores Merino; Hildner Eduardo Coronado Ajtun; Carlos Abel Hernandez Arevalo; Axel Yafeth Mayorga Aguilera; Rene Isai Serrano Montes; and Pamela Alejandra Rivera Cambara.

**Names and Contact Information for Counsel for Appellees**

Peter A. Schey
Sarah Kahn
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: 213-388-8693, ext. 309
Email: schey@centerforhumanrights.org
       sarah@centerforhumanrights.org

Camila Alvarez
Ruth N. Calvillo
Lilit Melkonyan
2845 W 7th Street
Los Angeles, CA 9005
Telephone: 213-385-7800, ext. 161
Email: CAlvarez@carecen-la.org
       RCalvillo@carecen-la.org
       LMelkonyan@carecen-la.org

Stephany Arzaga
Cynthia Henning
1254 Market St., 3rd Floor
San Francisco, CA 94102
Telephone: 415-780-6346
Email: stephany@lsc-sf.org
       cynthia@lsc-sf.org

Carl Bergquist
2351 Hempstead Road
Ottawa Hills, OH 43606

1
ADDENDUM TO FORM 6 RE NOTICE OF APPEAL

| | |
|---|---|
| 1 | Telephone: 310-279-6025 |
| 2 | Email: cbergquist@chirla.org |
| 3 | |
| 3 | Maritza Roxana Agundez |
| 4 | 2533 West 3rd Street, Suite 101 |
| | Los Angeles, CA 90057 |
| 5 | Telephone: 213-201-3781 |
| 6 | Email: magundez@chirla.org |
| 7 | Daniel Bral |
| 8 | 420 South Hamel Road, Unit2b |
| | Los Angeles, CA 90048 |
| 9 | Telephone: 310-721-2789 |
| 10 | Email: Danielnbral@gmail.com |
| 11 | Stephen Rosenbaum |
| 12 | Marcos Pacheco |
| | 474 Valencia Street, #295 |
| 13 | San Francisco, CA 94103 |
| 14 | Telephone: 415-575-3500 |
| | Email: srosenbaum@law.berkeley.edu |
| 15 | marcos@lrcl.org |
| 16 | |
| | Cristel Martinez |
| 17 | 13200 Crossroads Pkwy. N., Suite 115 |
| 18 | City of Industry, CA 91746 |
| | Telephone: 213-840-3784 |
| 19 | Email: abogada@cristelmartinez.com |
| 20 | |
| | Jim Tom Haynes |
| 21 | 2001 S Street NW, Suite 550 |
| 22 | Washington, DC 20009 |
| | Telephone: 202-350-3933 |
| 23 | Email: jimtom@dcimmigrationattorney.com |
| 24 | |
| | Genevieve Augustin |
| 25 | 1460 Columbia Road NW, Suite C-1 |
| 26 | Washington, DC 20009 |
| | Telephone: 202-328-9799 |
| 27 | Email: Genevieve.Augustin@carecendc.org |

2
ADDENDUM TO FORM 6 RE NOTICE OF APPEAL

| | |
|---|---|
| Alex Holguin<br>714 W Olympic Blvd, #450<br>Los Angeles, CA 90015<br>Telephone: 213-765-6084<br>Email: aholguin@dalimmigration.com<br><br>Silvia Aguirre<br>3521 Whittier Blvd<br>Los Angeles, CA 90023-1709<br>Telephone: 213-386-4649<br>Email: silvia@getjustice.us | |
| Dated: October 13, 2023 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General, Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>SARAH B. FABIAN<br>Senior Litigation Counsel<br><br>KATELYN MASETTA-ALVAREZ<br>RUTH CHECKETTS<br>Trial Attorneys<br><br>By: */s/ Alexa S. White*<br>Alexa S. White (CA 343072)<br>Trial Attorney<br>District Court Section<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Alexa.S.White@usdoj.gov
Tel: (202) 993-5189
Fax: (202) 305-7000

*Attorneys for Defendants*