

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

OCT 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Numbers: | 23-3163, 23-2858 |
| Originating Case Number: | 2:22-cv-01510-ODW-JPR |
| Short Title: | Casa Libre Freedom House, et al. v. Mayorkas, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Numbers: | 23-3163, 23-2858 |
| Originating Case Number: | 2:22-cv-01510-ODW-JPR |
| Case Title: | Casa Libre Freedom House, et al. v. Mayorkas, et al. |

**Monday, November 6, 2023**

| | |
|---|---|
| Casa Libre Freedom House | Mediation Questionnaire due |
| El Rescate | Mediation Questionnaire due |
| Clergy and Laity United for Economic Justice | Mediation Questionnaire due |
| Salvadoran American Leadership And Educational Fund | Mediation Questionnaire due |
| Central American Resource Center | Mediation Questionnaire due |
| La Raza Centro Legal | Mediation Questionnaire due |
| Rene Gabriel Flores Merino | Mediation Questionnaire due |
| Hildner Eduardo Coronado Ajtun | Mediation Questionnaire due |
| Carlos Abel Hernandez Arevalo | Mediation Questionnaire due |
| Axel Yafeth Mayorga Aguilera | Mediation Questionnaire due |
| Rene Isai Serrano Montes | Mediation Questionnaire due |
| Pamela Alejandra Rivera Cambara | Mediation Questionnaire due |

**Friday, January 5, 2024**

| | |
|---|---|
| Alejandro Mayorkas | Cross Appeal First Brief Due |
| Ur M. Jaddou | Cross Appeal First Brief Due |
| United States Citizenship and Immigration Services | Cross Appeal First Brief Due |

**Monday, February 5, 2024**

| | |
|---|---|
| Casa Libre Freedom House | Cross Appeal Second Brief Due |
| El Rescate | Cross Appeal Second Brief Due |
| Clergy and Laity United for Economic Justice | Cross Appeal Second Brief Due |
| Salvadoran American Leadership And Educational Fund | Cross Appeal Second Brief Due |
| Central American Resource Center | Cross Appeal Second Brief Due |
| La Raza Centro Legal | Cross Appeal Second Brief Due |
| Rene Gabriel Flores Merino | Cross Appeal Second Brief Due |
| Hildner Eduardo Coronado Ajtun | Cross Appeal Second Brief Due |
| Carlos Abel Hernandez Arevalo | Cross Appeal Second Brief Due |
| Axel Yafeth Mayorga Aguilera | Cross Appeal Second Brief Due |
| Rene Isai Serrano Montes | Cross Appeal Second Brief Due |
| Pamela Alejandra Rivera Cambara | Cross Appeal Second Brief Due |

**Thursday, March 7, 2024**

| | |
|---|---|
| Alejandro Mayorkas | Cross Appeal Third Brief Due |
| Ur M. Jaddou | Cross Appeal Third Brief Due |
| United States Citizenship and Immigration Services | Cross Appeal Third Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**