UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CASA LIBRE FREEDOM HOUSE, et al.<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, et al.<br><br>        Defendants - Appellants. | No. 23-2858<br><br>D.C. No. 2:22-cv-01510-ODW-JPR<br>Central District of California, Los Angeles<br><br>ORDER |
| CASA LIBRE FREEDOM HOUSE, et al.<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ALEJANDRO MAYORKAS, et al.<br><br>        Defendants - Appellees. | No. 23-3163<br><br>D.C. No. 2:22-cv-01510-ODW-JPR<br>Central District of California, Los Angeles |

The motion (Docket Entry No. 9) for voluntary dismissal of these cross-appeals is granted. Nos. 23-2858 and 23-3163 are dismissed. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT