UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Casa Libre/Freedom House; et al.,<br><br>Plaintiffs,<br>v.<br><br>Alejandro Mayorkas, secretary, U.S. Department of Homeland Security; et al.,<br><br>Defendants. | Case No. 2:22-cv-01510-ODW-JPR<br><br>**[PROPOSED] ORDER PRELIMINARILY APPROVING THE PARTIES' PROPOSED SETTLEMENT AND PROPOSAL FOR NOTICE TO CLASS MEMBERS** |

UPON CONSIDERATION of the parties' motion, pursuant to Fed. R. Civ. P. 23(h), requesting an order preliminarily approving the Settlement Agreement, which includes the terms of the settlement regarding Plaintiffs' Motion for Attorneys' Fees and Costs under the Equal Access to Justice Act, ECF No. 122, and the parties' proposal for providing notice of the Settlement Agreement in accordance with Fed. R. Civ. P. 23(e), the Court finds the Settlement Agreement preliminarily appears to be fair and reasonable. The Court hereby APPROVES notice of the proposed settlement agreement to *Casa Libre, et al., v. Mayorkas, et al.,* class members (the "Notice") attached as Exhibit 2 to the parties' motion.

Within five (5) days of this Order, Plaintiffs shall post the approved Notice in English and Spanish on the Class Counsel's website, http://www.centerforhumanrights.org. Within ten (10) days of the date of this Order, Defendant shall post the Notice in English and Spanish on the USCIS website at https://www.uscis.gov/laws-and-policy/other-resources/uscis-class-action-settlement-notices-and-agreements. The notice period shall be no less than twenty (20) days in duration.

Thirty-five (35) days after the date of the Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received.

The Court may approve the Settlement agreement, with such modifications as may be agreed by the Parties, if appropriate, without further notice to Class Members.

Pending the Court's final determination of whether it will approve the Settlement Agreement, all proceedings in this action shall remain stayed.

**IT IS SO ORDERED**.

Dated: _____  _____

Hon. Otis D. Wright II

1

United States District Judge