CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Sarah Kahn (CA Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (415) 672-1962
Email: sarah@centerforhumanrights.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CASA LIBRE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>Defendants. | Case No. CV 22-cv-01510-ODW-JPR<br><br>**NOTICE OF PARTIES' JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND APPLICATION FOR ATTORNEY'S FEES UNDER FED. R. CIV. P. 23(h)**<br><br>Hearing: December 16, 2024, at 1:30 p.m.<br>HON. OTIS D. WRIGHT |

///

*Additional Counsel for Plaintiffs:*

CAMILA ALVAREZ (Cal. Bar No. 305813)
RUTH N. CALVILLO (Cal. Bar No. 312129)
LILIT MELKONYAN (Cal. Bar No. 319834)
Central American Resource Center (CARECEN-LA)
2845 W 7th Street
Los Angeles, CA 9005
Telephone: (213) 385-7800, extension 161
Email: CAlvarez@carecen-la.org
 RCalvillo@carecen-la.org
 LMelkonyan@carecen-la.org

STEPHANY ARZAGA (Cal. Bar No. 314925)
CYNTHIA HENNING (Cal. Bar No. 295709)
Legal Services for Children
1254 Market St–3rd Floor
San Francisco, CA 94102
Telephone: (415) 863-3762
Email: stephany@lsc-sf.org
 cynthia@lsc-sf.org

CARL BERGQUIST (DC BAR # 1720816)
MARITZA AGUNDEZ (Cal. Bar No. 322158)
Coalition for Humane Immigrant Rights (CHIRLA)
2533 West Third St., Suite 101
Los Angeles, CA 90057
Telephone: (213) 201-3781
Email: magundez@chirla.org

STEPHEN ROSENBAUM (Cal. Bar No. 98634)
MARCOS PACHECO (Cal. Bar No. 341355)
La Raza Centro Legal, Inc.
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500
Email: srosenbaum@law.berkeley.edu
Email: marcos@lrcl.org

ii    Joint Motion for Final Approval of EAJA Settlement

1  *Additional Counsel for Plaintiffs:*
2  ALEX HOLGUIN (Cal. Bar No. 271861)
   Dream Act Lawyers
3  714 W Olympic Blvd, #450
4  Los Angeles, CA 90015
   Telephone: (213) 765-6084
5  Email: aholguin@dalimmigration.com
6  (Appearing for Plaintiff El Rescate)

7  
   SILVIA AGUIRRE (Cal. Bar No. 254150)
8  The Aguirre Law Firm, APC
9  3521 Whittier Blvd
   Los Angeles, CA 90023-1709
10 Telephone: (213) 386-4649
11 Email: silvia@getjustice.us
   (Appearing for Plaintiff El Rescate)
12

13 CRISTEL MARTINEZ (Cal. Bar No. 323658)
   Law Offices of Martinez, Nguyen & Magana
14 13200 Crossroads Pkwy. N., Suite 115
15 Industry, CA 91746
16 Telephone: (213) 246-2197
   Email: abogada@cristelmartinez.com
17

18 JIM TOM HAYNES (DC Bar # 340422)
19 Haynes Novick Immigration
   2001 S Street NW, Suite 550
20 Washington, DC 20009
21 Phone: 202-350-3933 direct
   Email jimtom@dcimmigrationattorney.com
22

23 GENEVIEVE AUGUSTIN (MD BAR # 20079)
24 Central American Resource Center (CARECEN-DC)
   1460 Columbia Road NW, Suite C-1
25 Washington, DC 20009
26 Telephone: (202) 328-9799
   Email: Genevieve.Augustin@carecendc.org
27 / / /

28                                iii      Joint Motion for Final Approval of EAJA Settlement

1  PLEASE TAKE NOTICE that on December 16, 2024, at 1:30p.m., the Parties will and hereby move the Court for final approval of the Parties' Proposed Settlement of Attorney's Fees under EAJA [ECF No. 132] and apply for attorney's fees under Fed. R. Civ. P. 23(h).

This motion is based upon the annexed memorandum of points and authorities and upon all other matters of record.

Dated: November 8, 2024    Respectfully Submitted,

  /s/ Sarah Kahn
SARAH KAHN

Center for Human Rights & Con. Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
sarah@centerforhumanrights.org

*Attorney for Plaintiffs*

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Sarah Kahn (CA Bar No. 341901)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (415) 672-1962
Email: sarah@centerforhumanrights.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CASA LIBRE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 22-cv-01510-ODW-JPR<br><br>**PARTIES' JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND APPLICATION FOR ATTORNEY'S FEES UNDER FED. R. CIV. P. 23(h)**<br><br>Hearing: December 16, 2024, at 1:30 p.m.<br>HON. OTIS D. WRIGHT |

/ / /

1　　　　　　　　Joint Motion for Final Approval of EAJA Settlement

*Additional Counsel for Plaintiffs:*

CAMILA ALVAREZ (Cal. Bar No. 305813)
RUTH N. CALVILLO (Cal. Bar No. 312129)
LILIT MELKONYAN (Cal. Bar No. 319834)
Central American Resource Center (CARECEN-LA)
2845 W 7th Street
Los Angeles, CA 9005
Telephone: (213) 385-7800, extension 161
Email: CAlvarez@carecen-la.org
 RCalvillo@carecen-la.org
 LMelkonyan@carecen-la.org

STEPHANY ARZAGA (Cal. Bar No. 314925)
CYNTHIA HENNING (Cal. Bar No. 295709)
Legal Services for Children
1254 Market St–3rd Floor
San Francisco, CA 94102
Telephone: (415) 863-3762
Email: stephany@lsc-sf.org
 cynthia@lsc-sf.org

CARL BERGQUIST (DC BAR # 1720816)
MARITZA AGUNDEZ (Cal. Bar No. 322158)
Coalition for Humane Immigrant Rights (CHIRLA)
2533 West Third St., Suite 101
Los Angeles, CA 90057
Telephone: (213) 201-3781
Email: magundez@chirla.org

STEPHEN ROSENBAUM (Cal. Bar No. 98634)
MARCOS PACHECO (Cal. Bar No. 341355)
La Raza Centro Legal, Inc.
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500
Email: srosenbaum@law.berkeley.edu
Email: marcos@lrcl.org

1                                         Joint Motion for Final Approval of EAJA Settlement

*Additional Counsel for Plaintiffs:*

ALEX HOLGUIN (Cal. Bar No. 271861)
Dream Act Lawyers
714 W Olympic Blvd, #450
Los Angeles, CA 90015
Telephone: (213) 765-6084
Email: aholguin@dalimmigration.com
(Appearing for Plaintiff El Rescate)

SILVIA AGUIRRE (Cal. Bar No. 254150)
The Aguirre Law Firm, APC
3521 Whittier Blvd
Los Angeles, CA 90023-1709
Telephone: (213) 386-4649
Email: silvia@getjustice.us
(Appearing for Plaintiff El Rescate)

CRISTEL MARTINEZ (Cal. Bar No. 323658)
Law Offices of Martinez, Nguyen & Magana
13200 Crossroads Pkwy. N., Suite 115
Industry, CA 91746
Telephone: (213) 246-2197
Email: abogada@cristelmartinez.com

JIM TOM HAYNES (DC Bar # 340422)
Haynes Novick Immigration
2001 S Street NW, Suite 550
Washington, DC 20009
Phone: 202-350-3933 direct
Email jimtom@dcimmigrationattorney.com

GENEVIEVE AUGUSTIN (MD BAR # 20079)
Central American Resource Center (CARECEN-DC)
1460 Columbia Road NW, Suite C-1
Washington, DC 20009
Telephone: (202) 328-9799
Email: Genevieve.Augustin@carecendc.org
/ / /

1   Joint Motion for Final Approval of EAJA Settlement

Plaintiffs and Defendants (the "Parties") have reached a Settlement Agreement [ECF No. 132-1] to resolve Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). [ECF No. 122]. The Settlement Agreement was reached through arm's length negotiations and the Parties agree that the terms and conditions of the Settlement Agreement are fair and reasonable.

On July 4, 2024, the Parties filed a Motion for Preliminary Approval of Proposed EAJA Settlement ("Motion"). [ECF No. 132]. Consistent with Federal Rule of Civil Procedure 23(h), the Parties' Motion specified that the Proposed Settlement is pursuant to EAJA, 28 U.S.C. § 2412(d), and the Court's Final Judgment in this matter on August 15, 2023 [ECF No. 112]. Fed. R. Civ. P.23(h); Fed. R. Civ. P. 54(d)(2)(B)(ii) (motion must specify the "judgment and the statute, rule, or other grounds entitling the movant to the award"). The Parties' Motion also included the amount agreed upon and the terms of the agreement. Fed. R. Civ. P. 54(d)(2)(B)(iii)-(iv). Plaintiffs sought only reasonable attorney's fees and did not seek nontaxable costs. Fed. R. Civ. P.23(h). In its October 16, 2024 Order, this Court considered the Settlement Agreement under the elements of Fed. R. Civ. P. 23(e) and found that the Settlement Agreement was fair, reasonable, and adequate and preliminarily approved the Proposed Settlement. Order Granting Motion for Preliminary Approval of Class Action Settlement [ECF No. 135].

Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted a joint proposal for providing notice of the Settlement Agreement to Class Members. [ECF No. 132].

On October 16, 2024, the Court approved notice of the Settlement Agreement to class members ("Notice"). [ECF No. 135]. Plaintiffs were directed to post, as soon as practicable after the Court's issuance of the order preliminarily approving the Settlement Agreement, the approved Notice in English and Spanish on Class Counsel's website, centerforhumanrights.org, for twenty (20) days. [ECF No. 135]; [ECF 132-1 § III.5]. Defendants were likewise directed to post, as soon as practicable after the Court's issuance of the order preliminarily approving the Settlement Agreement, the approved Notice on its website, https://www.uscis.gov/laws-and-policy/other-resources/uscis-class-action-settlement-notices-and-agreements, for twenty (20) days. [ECF No. 135]; [ECF 132-1 § III.5].

As Ordered, the Parties timely posted the approved Notice, and the notice period will run for twenty (20) days. Since the posting of the Class Notice and as of the filing of this Motion, neither Plaintiffs' nor Defendants' counsel have received any objections from any Class Members.

Pursuant to the Court's Order of October 16, 2024 [ECF No. 135], Plaintiffs are filing this Joint Motion for Final Approval of Settlement Agreement and Application for Attorney's Fees under Rule 23(h).

The Court has set a Final Approval Hearing on December 16, 2024 at 1:30 p.m. to consider final approval of the Settlement Agreement [ECF No. 135].

Dated: November 8, 2024                     Respectfully submitted,

  /s/ Sarah Kahn                             /s/ Alexa White
SARAH KAHN                                  ALEXA WHITE
Center for Human Rights &                   Trial Attorney
Constitutional Law                          US Department of Justice
256 South Occidental Boulevard              Civil Division
Los Angeles, California 90057               Office of Immigration Litigation
Tel: 323-251-3223                           General Litigation and Appeals
Fax: 213-386-9484                           Section
sarah@centerforhumanrights.org              Tel: (202) 993-5189
*Attorney for Plaintiffs*                   Alexa.S.White@usdoj.gov
                                            *Attorney for Defendants*

*Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Sarah Kahn, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

# CERTIFICATE OF SERVICE
## CASE NO. 22-cv-01510-ODW-JPR

I certify that on November 8, 2024, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

      /s/ Sarah Kahn
SARAH KAHN