O

Note the Court's Changes

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CASA LIBRE et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>MAYORKAS et al.,<br><br>        Defendants. | Case No. 22-cv-01510-ODW (JPRx)<br><br>**ORDER GRANTING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [136]** |

On October 16, 2024, the Court granted preliminary approval of the parties' settlement and the form and method of class notice. (Preliminary Approval Order, ECF No. 135.)

On November 8, 2024, the parties filed a Joint Motion for Final Approval of Settlement Agreement and Application for Attorney's Fees Under Federal Rule of Civil Procedure ("Rule") 23(h). (Joint Motion, ECF No. 136.)

On November 19, 2024, the parties filed a Joint Notice indicating that the parties provided the notice as required in the Preliminary Approval Order and that the parties had not received any objections to the Settlement Agreement. (Notice, ECF No. 137; Settlement Agreement, ECF No. 132-1.)

On December 16, 2024, the Court held a hearing on the Motion and final approval of the Settlement Agreement.

Upon consideration of the Joint Motion and having heard no objections to the Settlement Agreement, for the reasons stated in the Court's Preliminary Approval Order and on the record at the December 16, 2024 hearing, the Court **GRANTS** the Joint Motion, (ECF No. 136), and final settlement approval of the Settlement Agreement, (ECF No. 132-1.)

For the same reasons, the Court **GRANTS** the Application for Attorney's Fees Under Rule 23(h). (ECF No. 136.)

**IT IS SO ORDERED.**

Dated:   December 17, 2024

                                    Hon. Otis D. Wright II
                                    United States District Judge